THE COUNTY OF COLUMBIA, Respondent, v. PETER MAYONE and Others, Appellants.— Order unanimously affirmed, without costs.

MARY L. LEWIS and Another, Appellants, v. THE STATE OF NEW YORK, Respondent.— Judgment unanimously affirmed, without costs.

GEORGE C. HUDSON, Respondent, v. YONKERS FRUIT COMPANY, INC., Appellant.*— Judgment and order reversed on the law, with costs, and complaint dismissed, with costs, on the ground that an accord and satisfaction was established. The defendant's motion for direction of a verdict of no cause of action should have been granted. All concur.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. JOHN D. RYAN, Relator, v. THOMAS M. LYNCH and Others, Constituting the State Tax Commission, Respondents.— Determination unanimously confirmed, with fifty dollars costs and disbursements.

NICHOLAS UUSIMAKI, Respondent, v. ARTHUR SAYLES, Doing Business under the Assumed Name of WILLIAM SAYLES & SON, Appellant.— Order unanimously affirmed, with costs.

HENRY KLEES, Appellant, v. THE STATE OF NEW YORK, Respondent.— Judgment unanimously affirmed, with costs.

SYDNEY K. JOHNSON, Appellant, v. THE STATE OF NEW YORK, Respondent.— The record is corrected by adding thereto the stipulation, dated November 10, 1930, providing for a modification of the decision and the judgment. The decision and the judgment are modified to comply with the stipulation, and as so modified the judgment is affirmed. All concur; Hill, J., not sitting.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. THE SALVATION ARMY, a Domestic Corporation, Appellant, v. JESSE H. FONDA and Others, Constituting the Board of Assessors of the City of Schenectady, N. Y., Respondents.— Order and judgment unanimously affirmed.

ALEXANDER JOHNSTON, Appellant, v. THE DELAWARE AND HUDSON COMPANY, Respondent.— Order affirmed, with costs, except that the time granted to plaintiff to file stipulation consenting to reduction of verdict is extended to twenty days after the entry and service of a copy of the order of this court with notice of entry thereof on the plaintiff's attorney. All concur, except Hill and Rhodes, JJ., who dissent; Hill, J., dissents and votes for a modification of the order so as to provide for a reduction of the verdict to $30,000, upon stipulation of the plaintiff, upon the ground that the amount of the verdict is against the weight of the evidence and is excessive; Rhodes, J., dissents and votes for a reversal and reinstatement of the verdict.

In the Matter of the Application of Dr. LOUIS HERSCHMAN, Appellant, for a Certiorari Order against THE BOARD OF REGENTS OF THE UNIVERSITY OF THE STATE OF NEW YORK, Respondents.— Determination unanimously confirmed, with fifty dollars costs and disbursements.

GENEVIEVE GAYNOR, an Infant, by MARY A. GAYNOR, Her Guardian ad Litem, Appellant, v. HENRY RAPPAPORT, Respondent.— Order affirmed, with costs. All concur, except Hill and Rhodes, JJ., who dissent, and vote to reverse the order and reinstate the verdict.

---

* Revd., 258 N. Y. 168,